# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  AUDRA PRATT, | ) |
| | ) |
| Plaintiff, | ) CIV-23-926-G |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) ATTORNEY LIEN CLAIMED |
| 1. ONEOK Services Co., LLC, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

**COMES NOW** the Plaintiff, Audra Pratt, and pleads her claims as follows:

## PARTIES

1.      The Plaintiff is Audra Pratt, an adult female resident of Canadian County, Oklahoma.

2.      The Defendant is OneOK Services Company LLC, a company doing business in Canadian County, Oklahoma.

## JURISDICTION AND VENUE

3.      Plaintiff asserts claims for gender discrimination (including gender plus pregnancy and/or gender plus being a mother) in violation of Title VII of the Civil Rights Act ("Title VII") and discrimination on the basis of disability, in including retaliation for requesting accommodations, in violation of the Americans with Disabilities Act ("ADA").

4.      This Court has jurisdiction over Plaintiff's federal claims under 28 U.S.C. § 1331. Canadian County is a county within the Western District of Oklahoma such that venue is proper in this Court.

## STATEMENT OF FACTS

5.      Defendant employed at least fifteen employees for at least twenty weeks in the current or proceeding calendar year and is an employer under Title VII and the ADA.

1

6.     Plaintiff was employed by the Defendant from around four years until she was involuntarily terminated around April 12, 2022.

7.     At the time of her termination the Plaintiff's job title was Operator Specialist.

8.     The Plaintiff was qualified for her job position and performed satisfactorily.

9.     Around February 2021 Plaintiff learned that she was pregnant.

10.    Around March 2021 the Plaintiff told her supervisor, Kylie Bender, of the pregnancy.

11.     Plaintiff suffered several miscarriages in the past and was considered to have a high risk pregnancy.

12.    Plaintiff told Ms. Bender of her history of miscarriages and her high-risk pregnancy, and asked to take periodic days off work for medical observation and treatment.

13.    Ms. Bender began retaliating against the Plaintiff including by criticizing her work and placing her on a performance improvement plan.

14.    Plaintiff underwent a C-Section around October 27, 2021.

15.    Around this time the Plaintiff was diagnosed with depression.

16.    Around February 2022 the Plaintiff took off work for maternity leave and to recover from the C-Section.

17.    When Plaintiff returned to work she told Ms. Bender of her depression.

18.    Ms. Bender terminated Plaintiff's employment around April 12, 2022.

19.    As a direct result of the termination the Plaintiff has suffered, and continues to suffer, wage loss (including back, present and front pay along with the value of benefits associated with such wages) and emotional distress such as worry, frustration, sadness and similar unpleasant emotions.

20.    Plaintiff's pregnancy, medical conditions and/or requests for accommodation were motivating and/or but-for causes of the Plaintiff's termination.

2

21.     Plaintiff has exhausted her administrative remedies by timely filing an EEOC charge of discrimination on January 31, 2023. The EEOC issued Plaintiff's right to sue letter on July 18, 2023 and Plaintiff received such letter thereafter.  This complaint is timely filed within ninety (90) days of Plaintiff's receipt of her right to sue letter.

## COUNT I

Plaintiff incorporates the above paragraphs and further alleges:

22.     Discrimination on the basis of pregnancy and/or pregnancy plus children, violates Title VII of the Civil Rights Act.

23.      Under this Count the Plaintiff is entitled to her wage loss (including back, present and future wages along with the value of benefits associated with such wages) and emotional distress/dignitary harm damages.

24.     Because Defendant's conduct was willful or, at the least, in reckless disregard of Plaintiff's rights, the Plaintiff is entitled to an award of punitive damages.

25.     Plaintiff is also entitled to declaratory relief and reinstatement, along with an award of attorney fees and costs and to equitable relief.

## COUNT I

Plaintiff incorporates the above paragraphs and further alleges:

26.     Discrimination on the basis of disability violates the Americans with Disabilities Act.

27.      Under this Count the Plaintiff is entitled to her wage loss (including back, present and future wages along with the value of benefits associated with such wages) and emotional distress/dignitary harm damages.

28.     Plaintiff is also entitled to declaratory relief and reinstatement, along with an award of attorney fees and costs and to equitable relief.

## **PRAYER**

**WHEREFORE**, the Plaintiff requests this Court enter judgment in her favor and against the Defendant and grant her all compensatory damages suffered, together with all damages, attorneys' fees, costs and interest and such other legal and equitable relief as this Court deems just and proper.  Plaintiff requests damages in an amount in excess of that required for diversity jurisdiction.

**RESPECTFULLY SUBMITTED THIS 13TH DAY OF OCTOBER 2023.**

HAMMONS, HURST & ASSOCIATES

s/Amber L. Hurst
Amber L. Hurst, OBA No. 21231
HAMMONS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Email: amber@hammonslaw.com
*Counsel for Plaintiff*

4